IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| J. C. WOODALL, # 185587, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:03cv489-F |
| | )              (WO) |
| RALPH HOOKS, *et al.,* | ) |
| | ) |
| Respondents. | ) |

**ORDER**

On 26 July 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation is adopted;

2. That the petition for habeas corpus relief filed by J. C. Woodall is DENIED; and

3. That this case is DISMISSED with prejudice.

Done this the 22nd day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE